# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL LYNN CASH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   No. CIV 15-117-JHP |
| | ) |
| U.S.A., | ) |
| | ) |
| Respondent. | ) |

## NOTICE TO RESPOND

To:   U.S. ATTORNEY, 520 DENISON AVE., MUSKOGEE, OKLAHOMA 74401

There has been filed herein a Motion to Correct Sentence pursuant to 28 U.S.C. Section 2255, by a person in Federal Custody filed and entered on March 24, 2015.  The related criminal case in this matter is CR-11-57-JHP which can be accessed through CM/ECF.

You are requested to file a response by April 8, 2015, setting forth your position, together with applicable authorities, affidavits or other documents deemed necessary.

Failure to file a response in compliance with our Local Civil Rule 7.1(c) will constitute waiver of objection by the party not complying, and such failure to comply will constitute a confession of the matters raised by such pleadings.

DATED:  March 25, 2015.

BY ORDER OF THE COURT.

By:   s/ C.Trzcinski
         Deputy Clerk